IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Township of Neshannock, | : | **CASES CONSOLIDATED** |
| Appellant | : | |
| | : | |
| v. | : | No. 387 C.D. 2017 |
| | : | |
| Kirila Contractors, Inc. and Fidelity | : | |
| and Deposit Company of Maryland, | : | |
| and Kirila Contractors, Inc., Hatch, | : | |
| Mott MacDonald and Hatch Mott | : | |
| MacDonald, LLC, and Hatch Mott | : | |
| MacDonald T&T, Inc., both t/d/b/a | : | |
| Hatch Mott MacDonald | : | |
| | | |
| Township of Neshannock | : | |
| | : | |
| v. | : | No. 436 C.D. 2017 |
| | : | |
| Kirila Contractors, Inc. and | : | |
| Fidelity and Deposit Company | : | |
| of Maryland, | : | |
| Appellants | : | |

## **O R D E R**

NOW, April 23, 2018, having considered designated appellant's application for reargument and designated appellee Kirila Contractors, Inc.'s answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge